RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 1 4 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| YVETTE WARE, | ) Case No.: |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **PLAINTIFFS' REQUEST FOR** |
| | ) **TEMPORARY RESTRAINING ORDER AND** |
| DANIEL F. BRIDGERS, | ) **EXECUTION OF STAY OF INJUNCTIVE** |
| | ) **RELIEF** |
| 120 NORTH CANDLER STREET, | ) |
| | ) **1 09-MI-0388** |
| DECATUR, GA 30030, | ) |
| | ) |
| AND, | ) |
| | ) |
| COLLINS FINANCIAL SERVICE INC, | ) (1)   TEMPORARY RESTRAINING |
| | )         ORDER AND EXECUTION OF |
| 2101 W. BEN WHITE BLVD STE 103, | )         STAY INJUNCTIVE RELIEF |
| | ) |
| AUTTIN, TX 78704, | ) (2)   VIOLATION OF TRUT IN |
| | )         LENDING ACT 15 U.S.C. |
| AND, | )         1601 |
| | ) |
| ROBERT L. DIGENNARO, | ) (3)   WRONGFUL GARNISMENT |
| | ) |
| 2101 W BEN WHITE BLVD STE 103, | ) |
| | ) (4)   UNFAIR BUSINESS |
| AUSTIN, TX 78704, | )         PARCTICES GEORGIA CODES |
| | ) |
| AND, | ) |
| | ) (5)   CIVIL CONSPIRACY |
| MICHAEL R. COLBY, | ) |
| | ) (6)   FRAUD |
| 2101 W. BEN WHITE BLVD STE 103, | ) |
| | ) |
| AUSTIN, TX 78704, | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| AND, | ) |
| | ) |
| PALISADES ACQUISITION XVI LLC, | ) |
| | ) |
| 210 SYLVAN AVE, ENGLEWOOD CLIFFS, NJ | ) |

- 1

1  07632, ,

2  AND

3  BRIDGERS, PETERS, & KLEBER,

4  120 N CANDLER STREET,

5  DECATUR, GA 30030,

6  _____Defendant_____

7
8      Comes now the Plaintiffs YVETTE WARE through Representative Yvette Ware and this
9  matter being within the jurisdiction of the Court respectfully request the indulgence of this court
10 as she is not schooled in law.  This is provided by the precedent set by Haines vs. Kerner at 404

11

12 **REQUEST FOR STAY, AND INJUNCTION ON WRIT OF GARNISHMENT**

13     Emergency immediate injunctive relief is warranted in this action because Plaintiff wages are
14 about to be Garnish from her pay check by the Defendant Collins Financial Services. If
15 Defendants Collins Financial Services, Palisades Acquisition IV, Daniel F. Bridgers, Robert L.
16 DiGennaro, and Michael R. Colby prevailed at an unlawful Garnishment Order, Plaintiff will be
17 harmed.

18     PLAINTIFF NEVER RECEIVED ANY NOTICE OF THE ALLEGED DEBT.

19     THE ALLGED DEBT IS NOT, AND DOES NOT BELONGS TO THE PLAINTIFF.

20     WHEREAS, the following violation was cause by the original Debt Collector and the attorney
21 are liable.  As a result of the Defendants, aforesaid violation, Attorney Daniel F. Bridgers and all
22 Defendants are liable to Plaintiff in an amount not less than $30,000 per violation, clear title to
23 her credit files and cost of litigation, as provided in Title 15 United States Code, Section 1601.
24

25

Deem this presentment just and equitable Plaintiff request an Injunction from any further action by all Defendants.

Dated this 3rd day of September, 2009

_____
YVETTE WARE